**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

HOWARD COHAN,

    Plaintiff,

v.                                                      Case No: 8:14-cv-1993-T-30EAJ

DHAVAL, LLC,

    Defendant.

_____

**ORDER OF DISMISSAL**

Before the Court is the Joint Stipulation of Dismissal With Prejudice (Dkt. #6). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1.     This cause is dismissed with prejudice.

2.     All pending motions are denied as moot.

3.     The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 8th day of October, 2014.

                                                                                 JAMES S. MOODY, JR.
                                                                                 UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record